**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-1203

WELBON A. DELON,

                    Plaintiff - Appellant,

          v.

THE NEWS AND OBSERVER PUBLISHING COMPANY OF RALEIGH, NORTH
CAROLINA, A MCCLATCHY NEWSPAPER,

                    Defendant - Appellee.

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham.  William L. Osteen, Jr.,
District Judge.  (1:05-cv-00259-WO-PTS)

Submitted:  April 23, 2008          Decided:  May 6, 2008

Before WILKINSON, NIEMEYER, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Welbon A. DeLon, Appellant Pro Se.  Robert E. Harrington, Angelique
Regail Vincent, ROBINSON, BRADSHAW & HINSON, PA, Charlotte, North
Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Welbon A. DeLon appeals the district court's orders accepting the recommendations of the magistrate judge and dismissing his employment discrimination complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>DeLon v. The News & Observer Publishing</u>, No. 1:05-cv-00259-WO-PTS (M.D.N.C. Jan. 22, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>